ISMAIL J. RAMSEY
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
Ryan Lu, OR Bar No. 105902
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2034
Ryan.Lu@gmail.com
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN MATTAL,<br><br>   Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of<br>Social Security,<br><br>   Defendant. | CIVIL NO. 4:23-cv-01105-KAW<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR AND TO ENTRY OF JUDGMENT; ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will:

- Reassesses step three, including considering whether Plaintiff's migraine headaches met or equaled Listing 11.02;

Stipulation to Voluntary Remand, [4:23-cv-01105-KAW]                                             1

- Reevaluate the medical opinion evidence and explain their persuasiveness in accordance with 20 C.F.R. §§ 404.1520c, 416.920c, including addressing the supportability and consistency factors;
- Continue the sequential evaluation, including reassessing Plaintiff's residual functional capacity finding and obtaining vocational expert evidence, as needed; and
- Offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: October 17, 2023      By:   /s/ *Katherine Siegfried*
                                   KATHERINE SIEGFRIED
                                   (as authorized by email)
                                   Attorneys for Plaintiff

Dated: October 17, 2023            ISMAIL J. RAMSEY
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation

                             By:   /s/ *Ryan Lu*
                                   RYAN LU
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

In accordance with Civil Local Rule 5-1(i)(3), I, Ryan Lu, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

IT IS SO ORDERED:

DATE: October 18, 2023      _____
                            THE HONORABLE KANDIS A. WESTMORE
                            UNITED STATES MAGISTRATE JUDGE